# SECTION 4 - PAYMENT INFORMATION

## First Year Fees

**Payment Option: Pay In Full**

| Product | Start Price | Qty | Subtotal |
|---|---|---|---|
| Cord Blood Processing Fee | $1,920.00 | 1 | $1,920.00 |
| One-Step Shipping[SM] | $150.00 | | $150.00 |
| Annual Storage Fee - Cord Blood | $125.00 | 1 | $125.00 |
| **Total** | | | $2,195.00 |
| *Medical Professional Savings - Cord Blood* | -$750.00 | 1 | -$750.00 |
| **Total First Year Fees:** | | | $1,445.00* |

## Annual Storage Fee

**Payment Option: Annual Storage Option**

| | Start Price | Qty | Subtotal |
|---|---|---|---|
| Annual Storage Fee - Cord Blood | $125.00 | 1 | $125.00 |
| **Annual Storage Fee Per Year (Years 2-18)** | | | $125.00** |

*Amount will be charged to your credit card. No fees charged until processing and/or preparation is complete.
**Amount will be charged automatically to the credit card on file, one month prior to your baby's birthday.

**Please ensure the payment information below is filled out completely.**

I authorize CBR to bill the following credit card: ☑ ▮▮▮▮  ☐ ▮▮▮▮▮▮▮  ☐ ▮▮▮▮▮  ☐ ▮▮▮▮▮▮®

Card Number: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Credit ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name on Card: Sirisha Koneru     City ▮▮▮▮    State ▮▮    Zip: ▮▮▮▮

## Acknowledgment of Terms and Conditions

I have read the *Client Service Agreement* (Section 1), signed the *Informed Consent* (Section 2), and completed the *Medical and Health History Profile* (Section 3). All of my questions regarding the service have been answered to my satisfaction. I agree to the terms and conditions set forth in the aforementioned documents and agree to the payment terms and authorize the credit card payment(s) listed above.

▮▮▮▮▮▮▮▮▮▮ (Electronically Signed)          4 / 6 / 2011
Client Signature                              Date

Prepaid Annual Fee Options of 18, 25, and 30 years are available. Please contact your CBR representative for details. **Please note** Prices are subject to change. Cancellations are subject to a $150 fee; full processing and/or preparation fees are charged if cancellation is requested after the sample(s) have been stored. If paying by check, all fees are due at time of enrollment. Clients living outside the domestic U.S. are responsible for the cost of shipping the collection kit to CBR's lab. Shipping cost may vary.

EXHIBIT C

MA00225.17.2