1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ROXANE A. POLIDORA (CA Bar No. 135972)
2  roxane.polidora@pillsburylaw.com
   LEE BRAND (CA Bar No. 287110)
3  lee.brand@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
4  San Francisco, CA  94111
   Telephone: (415) 983-1000
5  Facsimile: (415) 983-1200

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DIANNE L. SWEENEY (CA Bar No. 187198)
7  dianne@pillsburylaw.com
   2550 Hanover Street
8  Palo Alto, CA 94304
   Telephone: (650) 233-4500
9  Facsimile: (650) 233-4545

10 Attorneys for Defendant
   CBR SYSTEMS, INC.

11 [Additional counsel listed on signature page]

12                 **UNITED STATES DISTRICT COURT**

13                 **NORTHERN DISTRICT OF CALIFORNIA**

14                        **OAKLAND DIVISION**

15

16 AMY COHEN, KATHARINE VACCARELLA,          Case No. 4:21-cv-06527-HSG
   and SIRISHA KONERU on behalf of themselves
17 and all others similarly situated,         **STIPULATION AND [PROPOSED]**
                                              **ORDER TO STAY ACTION PENDING**
18              Plaintiffs,                    **SETTLEMENT DISCUSSIONS**

19          vs.                                Hon. Haywood S. Gilliam, Jr.

20 CBR SYSTEMS, INC., GI PARTNERS, and
   DOES 1-10,
21
                Defendants.
22

23

24

25

26

27

28

**STIPULATION**

Plaintiffs Amy Cohen, Katharine Vaccarella, and Sirisha Koneru (collectively, "Plaintiffs"), and Defendants CBR Systems, Inc. ("CBR") and GI Partners ("GI"; and together with CBR, "Defendants"), through their attorneys of record, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs filed a second amended complaint ("SAC") on November 10, 2021, with the consent of Defendants;

WHEREAS, pursuant to stipulation of the parties (Dkt. 37), Defendants' deadline to respond to the SAC is currently December 10, 2021;

WHEREAS, the parties have been actively engaged in settlement discussions;

WHEREAS, the parties do not wish not to burden the Court or one another with potentially unnecessary proceedings while they pursue settlement; and

WHEREAS, the parties believe that the Initial Case Management Conference currently set for November 23, 2021, would be premature in light of the current case status and is potentially unnecessary in light of the parties' ongoing settlement discussions.

NOW, THEREFORE, it is stipulated and agreed between the parties that:

1.      The action be stayed for a period of ninety (90) days to allow the parties to focus on pursuing settlement;

2.      Defendants' deadline to respond to the SAC shall be continued from December 10, 2021, to February 10, 2022;

3.      To the extent that either Defendant believes that filing a motion in response to the SAC prior to February 10, 2022, may facilitate settlement, it may do so, but Plaintiffs' opposition to such a motion shall not be due until February 24, 2022, and the moving Defendant's reply in support of such a motion shall not be due until March 10, 2022; and

4.      The Initial Case Management Conference shall be continued from November 23, 2021, to May 24, 2022.

1   **IT IS SO STIPULATED.**

2

3   Dated:  November 12, 2021                    PILLSBURY WINTHROP SHAW PITTMAN LLP

4                                                  _/s/ Dianne L. Sweeney_
5                                          By:   DIANNE L. SWEENEY

6                                          Attorneys for Defendant CBR SYSTEMS, INC.

7

8                                          MILLER BARONDESS, LLP

9

10                                          _/s/ Casey B. Sypek_
                                           By:   CASEY B. SYPEK
11

12                                          Attorneys for Defendant GI PARTNERS

13

14                                          MILBERG COLEMAN BRYSON PHILLIPS
                                           GROSSMAN, PLLC
15

16                                          _/s/ Rachel L. Soffin_
17                                          By:   RACHEL L. SOFFIN

18                                          Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

28

1

## **[PROPOSED] ORDER**

2

3

4   SO ORDERED THIS _____day of _____, 2021.

5

6

7                                            _____

8                                            HONORABLE HAYWOOD S. GILLIAM, JR.
                                             United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1

## **RULE 5-1(i)(3) ATTESTATION**

I, Dianne L. Sweeney, attest pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil

Proceedings before the United States District Court for the Northern District of California that I have

obtained the concurrence in the filing of this document from the other signatories.

Dated:  November 12, 2021                    PILLSBURY WINTHROP SHAW PITTMAN LLP


                                                         */s/ Dianne L. Sweeney*
                                      By:   DIANNE L. SWEENEY

                                            Attorneys for Defendant CBR SYSTEMS, INC.

4873-0343-6547