PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA (CA Bar No. 135972)
roxane.polidora@pillsburylaw.com
LEE BRAND (CA Bar No. 287110)
lee.brand@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
DIANNE L. SWEENEY (CA Bar No. 187198)
dianne@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Defendant
CBR SYSTEMS, INC.

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| AMY COHEN, KATHARINE VACCARELLA, and SIRISHA KONERU on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBR SYSTEMS, INC., GI PARTNERS, and DOES 1-10,<br><br>Defendants. | Case No. 4:21-cv-06527-HSG<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING SETTLEMENT DISCUSSIONS**<br><br>Hon. Haywood S. Gilliam, Jr. |

**STIPULATION**

Plaintiffs Amy Cohen, Katharine Vaccarella, and Sirisha Koneru (collectively, "Plaintiffs"), and Defendants CBR Systems, Inc. ("CBR") and GI Partners ("GI"; and together with CBR, "Defendants"), through their attorneys of record, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs filed a second amended complaint ("SAC") on November 10, 2021, with the consent of Defendants;

WHEREAS, pursuant to stipulation of the parties (Dkt. 37), Defendants' deadline to respond to the SAC is currently December 10, 2021;

WHEREAS, the parties have been actively engaged in settlement discussions;

WHEREAS, the parties do not wish not to burden the Court or one another with potentially unnecessary proceedings while they pursue settlement; and

WHEREAS, the parties believe that the Initial Case Management Conference currently set for November 23, 2021, would be premature in light of the current case status and is potentially unnecessary in light of the parties' ongoing settlement discussions.

NOW, THEREFORE, it is stipulated and agreed between the parties that:

1. The action be stayed for a period of ninety (90) days to allow the parties to focus on pursuing settlement;

2. Defendants' deadline to respond to the SAC shall be continued from December 10, 2021, to February 10, 2022;

3. To the extent that either Defendant believes that filing a motion in response to the SAC prior to February 10, 2022, may facilitate settlement, it may do so, but Plaintiffs' opposition to such a motion shall not be due until February 24, 2022, and the moving Defendant's reply in support of such a motion shall not be due until March 10, 2022; and

4. The Initial Case Management Conference shall be continued from November 23, 2021, to May 24, 2022.

**IT IS SO STIPULATED.**

Dated:  November 12, 2021         PILLSBURY WINTHROP SHAW PITTMAN LLP

　　　　　　　　　　　　　　　　　　  */s/ Dianne L. Sweeney*
　　　　　　　　　　　　　　　By:   DIANNE L. SWEENEY

　　　　　　　　　　　　　　　Attorneys for Defendant CBR SYSTEMS, INC.


MILLER BARONDESS, LLP

　　　　　　　　　　　　　　　　　　  */s/ Casey B. Sypek*
　　　　　　　　　　　　　　　By:   CASEY B. SYPEK

　　　　　　　　　　　　　　　Attorneys for Defendant GI PARTNERS


MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

　　　　　　　　　　　　　　　　　　  */s/ Rachel L. Soffin*
　　　　　　　　　　　　　　　By:   RACHEL L. SOFFIN

　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**ORDER**

THIS 12th day of November, 2021.

**DENIED**

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge