Rachel Soffin*
Jonathan Cohen*
Blake Yagman*
Erin Ruben*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York, 11530
Tel: 212-594-5300
rsoffin@milberg.com
jcohen@milberg.com
byagman@milberg.com
eruben@milberg.com

Harper T. Segui*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
825 Lowcountry Blvd., Unit 101
Mount Pleasant, South Carolina 29464
T: 919-600-5000
hsegui@milberg.com

Alex R. Straus (SBN 321366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverley Drive, PH
Beverly Hills, CA 90212
Tel: 917-471-1894
astraus@milberg.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY COHEN, KATHARINE VACCARELLA, and SIRISHA KONERU on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CBR SYSTEMS, INC., GI PARTNERS, and DOES 1-10,<br><br>Defendants. | Case No. 4:21-cv-06527<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES AND PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, the named parties, The Cooper Companies, Inc., CooperSurgical, Inc., CBR Acquisition Holdings and GI Generate Parent LLC, as well as several Doe companies which may be revealed through discovery, have either: "(i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding." Plaintiffs are not aware of any other "persons, associations of persons, firms, partnerships, corporations (including parent corporations), that have either: "(i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding."

DATED: November 16, 2021               Respectfully submitted,

                                       */s/ Rachel Soffin*
                                       Rachel Soffin*
                                       **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
                                       100 Garden City Plaza, Suite 500
                                       Garden City, New York, 11530
                                       Tel:  (212) 594-5300
                                       rsoffin@milberg.com

                                       *Attorney for Plaintiffs*

                                       *Admitted Pro Hac Vice

Plaintiffs' Certification of Interested Entities and Persons

## CERTIFICATE OF SERVICE

The undersigned certifies that today the foregoing *Plaintiffs' Certification of Interested Entities and Persons* was filed on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: November 16, 2021

/s/ Rachel Soffin
Rachel Soffin
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York, 11530
Tel: (212) 594-5300
rsoffin@milberg.com

*Attorney for Plaintiffs*