Rachel L. Soffin (FL Bar No. 18054)
**MILBERG COLEMAN BRYSON PHILIPS GROSSMAN PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
rsoffin@milberg.com

Alex R. Straus (SBN 321366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 S. Beverly Drive, PH
Beverly Hills, CA 90212
Tel: (917) 471-1894

*Attorneys for Plaintiffs*

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY COHEN, KATHARINE VACCARELLA, and SIRISHA KONERU on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBR SYSTEMS, INC., GI PARTNERS, and DOES 1-10,<br><br>Defendants. | Case No. 4:21-cv-06527-HSG<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT CBR'S MOTION TO COMPEL ARBITRATION OR IN THE ALTERNATIVE TO DISMISS, AND PLAINTIFFS' OPPOSITION TO DEFENDANT GI PARTNERS' OPPOSITION TO NOTICE OF JOINDER AND MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO DISMISS**<br><br>Hon. Haywood S. Gilliam, Jr. |

Plaintiffs, Amy Cohen, Katharine Vaccarella and Sirisha Koneru ("Plaintiffs") respectfully submit this Notice of Supplemental Authority in support of their Opposition to Defendant CBR's Motion to Compel Arbitration or in the Alternative to Dismiss (ECF No. 59), and their Opposition to Defendant GI Partners' Opposition to Notice of Joinder and Motion to Compel Arbitration or, in the Alternative, to Dismiss (ECF No. 60) (collectively "opposition briefs") to apprise the Court of a recent decision in *TERESA MACCLELLAND, et al. v. CELLCO PARTNERSHIP, et al.*, No. 21-cv-08592-EMC, 2022 WL 2390997 (N.D. Cal. July 1, 2022), issued after Plaintiffs submitted their opposition briefs, addressing unconscionability of an arbitration agreement (see attached Exhibit A).

DATED: July 12, 2022                                    Respectfully submitted,

*/s/ Rachel Soffin*
Rachel Soffin*
Jonathan Cohen*
Blake Yagman*
Erin Ruben*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
rsoffin@milberg.com
jcohen@milberg.com
byagman@milberg.com
eruben@miberg.com

Harper T. Segui*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
825 Lowcountry Blvd., Unit 101
Mount Pleasant, South Carolina 29464
T: (919) 600-5000
hsegui@milberg.com

Alex R. Straus (SBN 321366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverley Drive, PH
Beverly Hills, CA 90212
Tel: (917) 471-1894
astraus@milberg.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that today the foregoing was filed on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: July 12, 2022

*/s/ Rachel Soffin*
Rachel Soffin*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
rsoffin@milberg.com
*Attorney for Plaintiffs*

2