PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA (CA Bar No. 135972)
roxane.polidora@pillsburylaw.com
LEE BRAND (CA Bar No. 287110)
lee.brand@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
DIANNE L. SWEENEY (CA Bar No. 187198)
dianne@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Defendant
CBR SYSTEMS, INC.

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMY COHEN, KATHARINE VACCARELLA, and SIRISHA KONERU on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBR SYSTEMS, INC., GI PARTNERS, and DOES 1-10,<br><br>Defendants. | Case No. 4:21-cv-06527-HSG<br><br>**STIPULATION AND ORDER CHANGING TIME PURSUANT TO LOCAL RULE 6-2**<br><br>Hon. Haywood S. Gilliam, Jr. |

**STIPULATION**

Plaintiffs Amy Cohen, Katharine Vaccarella, and Sirisha Koneru (collectively, "Plaintiffs"), and Defendant CBR Systems, Inc. ("CBR"), through their attorneys of record, hereby submit this Stipulated Request and [Proposed] Order Changing Time Pursuant to Local Rule 6-2.

WHEREAS, on June 20, 2023, Plaintiffs filed a Motion for Order to Consolidate Arbitrations (Dkt. 80) (the "Motion");

WHEREAS, under Local Rule 7-3, CBR's opposition to the Motion must be filed and served no later than July 5, 2023, and Plaintiffs' reply in support of the Motion must be filed and served no later than July 12, 2023;

WHEREAS, counsel for Plaintiffs and Defendants have met and conferred and agreed to an extension of the aforementioned briefing deadlines in light of the schedules of counsel;

WHEREAS, the requested extension of briefing deadlines will not disturb the Motion's noticed hearing date of September 14, 2023; and

WHEREAS, good cause exists for the requested extension given the parties' agreement, counsel's scheduling conflicts, and that neither the hearing date nor any other case deadline will be affected by the requested extensions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, as follows:

1. CBR shall file its opposition to the Motion by August 1, 2023;
2. Plaintiffs shall file their reply in support of the Motion by August 22, 2023; and
3. The hearing on the Motion shall remain, as noticed, on September 14, 2023, or on such other date as may be convenient for the Court.

**IT IS SO STIPULATED.**

Dated: June 26, 2023                    PILLSBURY WINTHROP SHAW PITTMAN LLP

                                        */s/ Lee Brand*
                                    By: LEE BRAND

                                        Attorneys for Defendant CBR SYSTEMS, INC.

-2-

MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC

By: */s/ Rachel L. Soffin*
RACHEL L. SOFFIN

Attorneys for Plaintiffs

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 6/26/2023

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge